

1996 Decisions

**Opinions of the United States Court of Appeals for the Third Circuit**

10-1-1996

# Fischer v. Phila Elec Co

Precedential or Non-Precedential:

Docket 95-1793,95-1794

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1996

### Recommended Citation

"Fischer v. Phila Elec Co" (1996). *1996 Decisions.* Paper 36.
http://digitalcommons.law.villanova.edu/thirdcircuit_1996/36

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1996 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 95-1793 and 95-1794


HERBERT L. FISCHER; FLOYD L. ADAMS; JAMES W. ALFREDS;
JOHN I. ARENA; EARL T. ATKINSON; WILLIAM AUVE; THOMAS
F. BECK; WILLIAM J. BONO; WILLIAM A. BURWELL, JR.,
JOSEPH C. CALABRESE; PETER CARFAGNO; JOHN B. CREIGHTON;
RALPH J. DAFERMO, SR.; FELIX A. DEJOSEPH; JOSEPH A. DEVITO;
JOHN T. DOUGHERTY; JOHN J. DOWLING; ANTHONY FALASCA;
EUGENE FINK; RITA J. GESUALDO; EDWIN HAINES; JOSEPH T. HALEY;
DANIEL J. HEFFERAN; LEO M. HILL; ROBERT J. HOOPES;
DONALD J. HOY; MICHAEL HRYNKO; DONALD HUGHES; CARL M. HUNSICKER;
NEAL IRELAND; WALTER D. KRAUS; CHARLES E. LINDEMUTH; ROBERT
F. MAHONEY; ANTHONY D. MARCHESANI; ROBERT P.F. MCCARON;
ROBERT MCCORMICK; FRANK L. MERCADANTE; JOHN P. MONAGHAN;
DAVID MONZO; JOHN K. MOORE; JOSEPH P. MORAN; MILDRED PEARL
MORGAN; RALPH E. MOYER; HERBERT E. MUELLER; JAMES J. NUGENT;
THOMAS E. OETZEL; FRANK W. PERSICHETTI, SR.; CHARLES W.
PLUMMER; LEWIS RAIBLEY; JAMES J. RODDY; JOHN J. SAUNDERS;
LOUIS F. SAUNDERS; NICHOLAS J. SCRENCI; JOSEPH J.
SEMETTI; JOHN STEINDL; WILLIAM F. THOMPSON; MICHAEL W.
TRENDLER; FRANCIS R. TUNNEY, SR.; HERBERT R. WALTERS;
RICHARD S. WILSON; JOHN H. ZIMMER; GERALD A. ZIMMERMAN


v.


PHILADELPHIA ELECTRIC COMPANY; JOSEPH F. PAQUETTE, JR.;
MICHAEL J. CROMMIE; SERVICE ANNUITY PLAN OF PHILADELPHIA
ELECTRIC COMPANY


HERBERT L. FISCHER, JOHN B. CREIGHTON, FRANCIS R. TUNNEY, SR.;
EARL ATKINSON, LEO M. HILL, DONALD HUGHES; JOSEPH P. MORAN;
MICHAEL W. TRENDLER; JOHN H. ZIMMER; WILLIAM AUVE;
JOHN STEINDL; LOUIS F. SAUNDERS; ROBERT MCCORMICK;
. WILLIAM J. BONO; JAMES J. RODDY; RITA J. GESUALDO; RALPH J.
DAFERMO, SR.; JOSEPH C. CALABRESE; JAMES W. ALFREDS;
FELIX A. DEJOSEPH; EUGENE FINK; JOSEPH T. HALEY;
WALTER D. KRAUS; CHARLES W. PLUMMER; ROBERT P.F. MCCARRON;
RICHARD S. WILSON; JOHN P. MONAGHAN, RALPH E. MOYER; JOHN J.
DOWLING; JOSEPH J. SEMETTI; CHARLES E. LINDEMUTH; ROBERT F.
MAHONEY; JOHN K. MOORE; JAMES J. NUGENT; JOHN J. SAUNDERS;
ANTHONY FALASCA; DANIEL J. HEFFEREN; NICHOLAS J.
SCRENCI; THOMAS E. OETZEL; DONALD J. HOY; FLOYD L.
ADAMS, THOMAS F. BECK; JOHN T. DOUGHERTY; WILLIAM F.
THOMPSON; GERALD A. ZIMMERMAN; HERBERT E.
MUELLER; HERBERT R. WALTERS; LEWIS RAIBLEY;
JOSEPH L. GIORGIO; JOSEPH DEVITO;
DAVID MONZO; THOMAS J. LEE; THOMAS B. BARNES, JR.;
PHILIP G. MULLIGAN; ROBERT L. TOMLINSON; JOHN R. GRIMES;

W.B. WILLSEY; WILLIAM J. MOSS; JAMES T. PRYOR; ROBERT
J. GLENN; GEORGE C. ZAPP; JOSEPH J. DELLA VECCHIO;
GEORGE V. CHURACH; CHARLES T. REIMEL; ANDREW J.
KELLEHER; GEORGE C. HALL; WILLIAM P. ZACKEY;
FRANCIS W. BATIPPPS; HARRY C. FRYMIARE, JR.;
JOSEPH J. GRECO; RICHARD R. ROWLANDS; JESSE P.
BOYD; JAMES D. DENNETT; VERNON C. READMAN, JR.;
JOSEPH L. GIORGIO,; EDWARD M. HAILE; EUGENE C. SCHINDLER;
JOHN P. SWAHL; ELMER E. LUCAS; JAMES L. ROUSH;
JAMES V. LEWIS; ALBERT J. RIEGER; THOMAS J. SHERIDAN, JR.;
DOLORES A. ROMANO; HELEN J. THROCKMORTON; ROBERT E.
SPROSS; WILLIAM P. ROHLFING; EDWARD C. KISTNER, JR.;
HARRY W. BACKHOUSE; JAMES V. MANNION, JR.; JOSEPH E.
BONAPARTE; WILLIAM A. BRADY, JR.; MALCOLM J. MACNEIL;
MANUS J. COONEY; JOHN J. KUHNS; MARLENE BELL; DEAN G. BRADFORD;
JAMES W. BATEMAN; JAMES S. HERRICK; STANLEY W. JACQUES, JR.;
RUDOLPH G. DELLA VECCHIO; ALDEN F. TUCKER & BERNARD J. DRESS,

Appellants in 95–1794


HERBERT L. FISCHER; FLOYD L. ADAMS; JAMES W. ALFREDS;
JOHN I. ARENA; EARL T. ATKINSON; WILLIAM AUVE;
THOMAS F. BECK; WILLIAM J. BONO; WILLIAM A. BURWELL, JR.;
JOSEPH C. CALABRESE; PETER CARFAGNO; JOHN B.
CREIGHTON; RALPH J. DAFERMO, SR.; FELIX A.
DEJOSEPH; JOSEPH A. DEVITO; JOHN T. DOUGHERTY;
JOHN J. DOWLING; ANTHONY FALASCA; EUGENE FINK; RITA J.
GESUALDO; EDWIN HAINES; JOSEPH T. HALEY;
DANIEL J. HEFFERAN; LEO M. HILL; ROBERT J. HOOPES;
DONALD J. HOY; MICHAEL HRYNKO; DONALD HUGHES; CARL M.
HUNSICKER; NEAL IRELAND; WALTER D. KRAUS; CHARLES E.
LINDEMLUTH; ROBERT F. MAHONEY; ANTHONY D.
MARCHESANI; ROBERT P.F. MCCARRON; ROBERT MCCORMICK;
FRANK L. MERCANDANTE; JOHN P. MONAGHAN;
DAVID MONZO; JOHN K. MOORE; JOSEPH P. MORAN; MILDRED PEARL
MORGAN; RALPH E. MOYER; HERBERT E. MUELLER; JAMES J. NUGENT;
THOMAS E. OETZEL; FRANK W. PERSICHETTI, SR.;
CHARLES W. PLUMMER; LEWIS RAIBLEY; JAMES J. RODDY;
JOHN J. SAUNDERS; LOUIS F. SAUNDERS; NICHOLAS J. SCRENCI;
JOSEPH J. SEMETTI; JOHN STEINDL; WILLIAM F. THOMPSON;
MICHAEL W. TRENDLER; FRANCIS R. TUNNEY, SR.;
HERBERT R. WALTERS; RICHARD S. WILSON; JOHN H. ZIMMER;
GERALD A. ZIMMERMAN

v.

PHILADELPHIA ELECTRIC COMPANY; JOSEPH F. PAQUETTE, JR.;
MICHAEL J. CROMMIE; SERVICE ANNUITY PLAN OF
PHILADELPHIA ELECTRIC COMPANY

PECO Energy Company, formerly known as
Philadelphia Electric Company, Joseph F.

                    Paquette, Jr., Michael J. Crommie and
                    Service Annuity Plan of Philadelphia
                    Electric Company,

                         Appellants in 95-1794



           On Appeal from the United States District Court
                for the Eastern District of Pennsylvania
                  (D.C. Civil Action No. 90-cv-08020)



                       Argued April 29, 1996

                Before:  COWEN and ROTH, Circuit Judges
      and CINDRICH, District Judge


                    ORDER AMENDING SLIP OPINION

           IT IS ORDERED that the slip opinion in the above case, filed
on October 1, 1996, be amended as follows:
           On page 5, line 27, add an "s" to the word "defendant".
           On page 20, Section V., delete the last sentence and replace
it with the following sentence:
                    We will reverse the holding of the
               district court and enter judgment on
               behalf of all defendants.

                         By the Court,



                         /s/ Jane R. Roth
                            Circuit Judge

Dated: October 1, 1996